# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PATRICK SWEDLOW,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE TREASURY, et al.,<br><br>Defendants. | Case No. 1:22-cv-00011-NONE-SKO<br><br>ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED WITHOUT THE PREPAYMENT OF FEES AND REQUIRING PLAINTIFF TO FILE AN AMENDED APPLICATION OR FILING FEE WITHIN THIRTY DAYS<br><br>(Doc. 2)<br><br>**30-DAY DEADLINE** |

Plaintiff Scott Patrick Swedlow, a prisoner proceeding *pro se*, filed a complaint on January 3, 2022, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) In order for the Court to consider Plaintiff's application to proceed without prepayment of fees, Plaintiff must provide the Court with a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which Plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). After submission of the trust fund information, the Court will determine Plaintiff's ability to pay the $350.00 filing fee required by federal law in one payment. If the Court determines that Plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee. After payment of the initial filing fee, monthly payments of

twenty percent of the deposits made to Plaintiff's trust fund account during the preceding month will be forwarded to the Clerk of the Court each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid.

Because Plaintiff failed to provide a certified copy of his trust account statement showing transactions for the past six months, and to comply with the specific informational requirements for affidavits submitted pursuant to 28 U.S.C. §1915(a)(1), the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed without the prepayment of fees is DENIED without prejudice; and

2. Within thirty (30) days of the date of service of this order, Plaintiff shall file an amended application to proceed without the prepayment of fees that includes the information described above or provide the Court with the reasoning as to why Plaintiff cannot obtain such information. Alternatively, Plaintiff may pay the $402.00 filing fee for this action. **Failure to comply with this order will result in the recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **January 4, 2022**              /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE